IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01536-BNB

POLLEAANNE BLUE,

    Applicant,

v.

TERRY MAKETA, et al., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 5 2007

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Applicant PolleaAnne Blue was incarcerated at the El Paso County Criminal Justice Center in Colorado Springs, Colorado, when she initiated this action by filing *pro se* a motion seeking leave to proceed *in forma pauperis* and an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an order filed on July 23, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Blue to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Blue to submit a certified copy of her inmate trust fund account statement in support of the motion seeking leave to proceed *in forma pauperis*. Ms. Blue was warned that the application would be denied and the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On July 27, 2007, the copy of Magistrate Judge Boland's July 23 order that was mailed to Ms. Blue at the address she provided was returned to the Court undelivered.

A sticker on the returned envelope reads "RETURN TO SENDER, ATTEMPTED – NOT KNOWN, UNABLE TO FORWARD." Ms. Blue has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Ms. Blue has failed to comply with the Court's local rules and, as a result, she has failed to cure the deficiencies in this action. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* is denied as moot.

DATED at Denver, Colorado, this 4 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01536-BNB

PolleaAnne Blue
Prisoner No. A00201010
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/5/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk